## Case No. 4,212.

DUVALL v. WRIGHT.

[4 Cranch, C. C. 169.] [1]

Circuit Court, District of Columbia. May Term, 1831.

Mr. Redin, for defendant,

But THE COURT (THRUSTON, Circuit Judge, doubting) refused now, at the trial court, when the cause is called for trial on the issue of nul tiel record, to permit the plea to be filed. unless the defendant will make oath of the fact that the plaintiff is not administrator. considering it only a temporary bar; and CRANCH, Chief Judge, doubting whether the plaintiff is bound to have his letters of administration in court at this term to give oyer so long after profert, and when the only issue he came prepared to try, was nul tiel record.

[1] [Reported by Hon. William Cranch, Chief Judge.]